UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA SNIDER,

        Plaintiff,        Civil Action No. 23-cv-10392
                                       HON. BERNARD A. FRIEDMAN

v.

R.N. CINDY,

        Defendant.
_____/

## OPINION AND ORDER DISMISSING THE COMPLAINT

Joshua Snider commenced this 42 U.S.C. § 1983 action while incarcerated at the Washtenaw County Jail. (ECF No. 1). Snider claims that "R.N. Cindy" failed to provide him with proper medical treatment. Snider did not pay the required filing fee or file an application to proceed *in forma pauperis* with the necessary supporting documentation. The Court issued an order to correct this deficiency, informing Snider about the documents required to apply for *in forma pauperis* status and notifying him that the case may be dismissed if he does not correct the filing deficiency by April 27, 2023.

Because the time for correcting the deficiency has elapsed without Snider taking the requisite corrective measures, it is hereby,

ORDERED that the complaint is dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Erby v. Kula*, 113 F. App'x 74, 75-76 (6th Cir. 2004).

**IT IS SO ORDERED.**

Dated: June 6, 2023
        Detroit, Michigan

                                      s/Bernard A. Friedman
                                      Bernard A. Friedman
                                      Senior United States District Judge

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on June 6, 2023.

| | |
|---|---|
| **Joshua Snider**<br>2201 Hogback Rd.<br>Ann Arbor, MI 48105 | s/Johnetta M. Curry-Williams<br>Case Manager |